IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| Kenneth Helgeson; Island Mountain Benefactors; Gros Ventre Tribe; Assiniboine Tribe; Fort Belknap Indian Community,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>United States of America; Secretary of Interior; Bureau of Land Management; Bureau of Indian Affairs; 1-10 Unknown Named John Does,<br><br>　　　　　　　Defendants. | No. CV-10-71-GF-SEH<br><br><br>**ORDER** |

On November 18, 2010, the Court issued an Order denying Plaintiff Kenneth Helgeson's Motion to Proceed *In Forma Pauperis*, and dismissing this matter in its entirety for lack of standing.[1] Judgment was entered the same day.[2] On December 8, 2010, Plaintiff Helgeson filed a motion for reconsideration.

---

[1] Document No. 5

[2] Document No. 6

Motions for reconsideration are limited procedural devices. The motion must be filed prior to the entry of a judgment adjudicating all of the claims of all the parties in the case. L.R. 7.3(a). No party may file a motion for reconsideration without prior leave of Court. L.R. 7.3(a). Leave may be granted only if:

1. The applicable facts or law are materially different from the facts or law presented to the Court before entry of the order, and despite the exercise of reasonable diligence, the party applying for reconsideration did not know of such facts or law before entry of the order; or

2. New material facts emerged or a change in the law occurred after entry of the order. L.R. 7.3(b).

Plaintiff's Motion for Reconsideration fails for several reasons. First, the motion was filed after entry of a final judgment dismissing all of the claims in this case. Second, Plaintiff failed to seek the permission of the Court before filing the motion as required by L.R. 7.3. Third, neither basis for reconsideration exists in this case. Plaintiff has identified no manifest errors of law or fact which affect the Court's December 8, 2010, Order, nor has he presented any newly discovered facts or law.

ORDERED:

Plaintiff Helgeson's Motion for Reconsideration[3] is DENIED.

DATED this 11th day of January, 2011.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Document No. 7